United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 05-10953

---

JEFFREY LEE BOKOR,

Plaintiff - Appellant,

versus

RICHARD L. HATTOX, ET AL,

Defendants,

RICHARD L. HATTOX,

Defendant - Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division
USDC No. 4:03-CV-426
--------------------

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.